## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SAMUEL PAMOLERAS, JR., | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>12-  12-0754M |

Complaint for violation of Title 18, United States Code, Section 2422(b).

| NAME OF MAGISTRATE JUDGE<br>HONORABLE VICTOR B. KENTON | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>March 27, 2012 | PLACE OF OFFENSE<br>Los Angeles | ADDRESS OF ACCUSED (IF KNOWN) |

CLERK U.S. DISTRICT COURT
FILED
MAR 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 2422(b)]

Beginning in or about October 2011, and continuing until on or about March 27, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMUEL PAMOLERAS, JR. ("PAMOLERAS") knowingly used a facility of interstate commerce, namely, the Internet and the telephone, to attempt to knowingly persuade, induce, and entice Gina, an individual PAMOLERAS believed was 13 years old, to engage in a sexual activity for which a person could be charged with a criminal offense, namely, lewd and lascivious acts with a child under the age of 14, in violation of California Penal Code, Section 288a.

## BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE - SA Marc J. Botello |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>/s/ RALPH ZAREFSKY | DATE<br>March 28, 2012 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

JB;eg

REC: **(DETENTION)**

<u>AFFIDAVIT</u>

I, Marc J. Botello, being duly sworn, do hereby depose and state:

## I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I have been so employed for approximately 24 years.  During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity.  During the investigation of these cases, I have executed and participated in the execution of search and arrest warrants and seized evidence of violations of United States law.  I have completed more than 100 hours of instruction on how computers and the Internet are used by individuals to sexually exploit children.  I currently investigate, among other things, the sexual exploitation of children and child pornography in the Central District of California as part of the Southern California Regional Sexual Assault Felony Enforcement ("SAFE") Team.  The SAFE Team is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Section 2251, <u>et seq</u>.

## II.  PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint charging SAMUEL PAMOLERAS, JR., with violating Title 18, United States Code, Section 2422(b):  Attempted Use of

1

Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity for Which a Person Could be Charged with a Criminal Offense.[1]

3.    This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

### III.   SHORT SUMMARY

4.    As set forth in detail below, on or about October 2, 2011, 41-year-old SAMUEL PAMOLERAS, JR., sent an email to "Gina," whom he believed to be a 12-year-old girl.[2]  In this email to Gina, PAMOLERAS told Gina that he worked in Los Angeles, California, was a retired U.S. Marine Corps officer, and worked for the U.S. Government as a Federal Law Enforcement Officer. PAMOLERAS also sent photographs of himself to Gina.  In subsequent communications by way of emails, text messages, and telephone calls, PAMOLERAS discussed meeting Gina to engage in various sex acts to include oral sex and sexual intercourse. Between September 27, 2011, and March 26, 2012, PAMOLERAS and Gina exchanged over 50 email messages, over 100 text messages,

---

[1]  The conduct at issue would support numerous charges, including but not limited to, Lewd Act upon a Child Under the Age of 14, California Penal Code Section 288a.

[2]  In truth, "Gina" was an undercover Pennsylvania law enforcement officer.

and over 5 telephone conversations.  During these conversations,
Gina told him that she had a birthday, so was now 13-years-old.
On or about March 26, 2012, PAMOLERAS exchanged text messages
with Gina and arranged to meet her for sex.  On or about March
27, 2012, PAMOLERAS arrived at the agreed-upon meeting location
and was arrested.  In a post-arrest, post-Miranda interview,
PAMOLERAS admitted that he had arrived, intending to have sex
with a 13-year-old girl.

### IV.  DEFINITIONS AND BACKGROUND INFORMATION

5.    In this affidavit, the term "minor" and "sexually
explicit conduct,"  as used herein, are defined as set forth in
18 U.S.C. § 2256.

6.    Based on discussions with SAs who have many years of
experience investigating child pornography and child exploitation
cases, and my own personal knowledge, I have knowledge of the
Internet and how it operates.  For example, I know that the
Internet is a worldwide computer network that allows
communications, information, and data to be transmitted from one
computer to another across state, national, and international
boundaries.  Among the ways that individuals who utilize the
Internet can communicate with one another is through the use of
electronic mail messages ("e-mail") and Instant Messenger
messages ("IM").  I also have knowledge of mobile digital devices
and the ability to send "SMS," or text messages, from one device

3

to another.

7.   The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device but does not include an automated typewriter or typesetter, a portable hand held calculator, or some other similar device."

8.   **E-Mail.**  E-mail is an electronic form of communication from one person to one or more persons via the Internet which usually contains typed-written correspondence and may contain audio and visual images.  The physical world equivalent to e-mail is writing a letter on paper to somebody and sending it to them via the U.S. Postal Service.  An e-mail usually contains a message "header" which generally displays the sender's e-mail address, the recipient's e-mail address, and the date and time of the e-mail transmission.  If a sender chooses to do so, he or she can type a subject line into the header.

9.   **SMS/MMS Text Messages.**   Short Message Service or "SMS" text messaging is a service component of phone, internet, or mobile communication systems, using standardized communications protocols that allow the exchange of short text

4

messages between fixed line or mobile phone devices. Including
spaces, text messages traditionally cannot exceed 160 characters.
Multimedia Messaging Service or "MMS, which is often used to send
pictures, extends upon SMS and allows for longer content lengths,
as well as sound and video.

10.  I know from my training and experience, and from
conversations with other agents with extensive experience in
investigating child exploitation crimes, that it is a common
practice for those who attempt to entice a minor to engage in
sexual activity via the Internet to utilize e-mail messaging and
text messaging in committing this crime.

11.  Based on my training and experience, I know that people
commonly use abbreviations when sending emails and text messages.
Some examples of these would be:  "idk" for the phrase "I don't
know"; "brb" for "Be right back"; "k" for "Okay"; and "lol" for
"Laughing out loud."   I also know that it is common for people
sending emails and text messages to type in incomplete sentences,
to misspell words frequently, and to not use capital letters.

### V.   PROBABLE CAUSE

**A.   In August 2011, PAMOLERAS Contacted 11-Year Old "BB" Via an iPod Game**

12.  On or about August 7, 2011, PAMOLERAS contacted "BB,"[3]
an 11-year-old girl residing in Pennsylvania, via an iPod

---

[3]Not her true name.

application (app) game called, "Bakery Story."   "BB" was "friended" on the app by someone using the screen name "Boto Café," later identified as SAMUEL PAMOLERAS, JR.   Through the app, PAMOLERAS asked "BB" to contact him via email at "laxusmc@gmail.com."   After "BB" emailed PAMOLERAS, he sent her several emails in return and also sent her pictures of himself.

13.   BB's parents found the communications, and contacted the police.   On September 27, 2011, Detective Lynn Havelka, a Allegheny County District Attorney Investigator and Pittsburgh High Tech Crimes Task Force (PHTCTF) member, created an undercover persona of a 12-year-old girl named "Gina" who was a friend of "BB."   Posing as "Gina," Detective Havelka sent PAMOLERAS an email telling him that "BB" was grounded and could no longer send emails.   PAMOLERAS then began communicating with "Gina."

**B.   In September 2011, PAMOLERAS Communicated With "Gina," Believing Her To Be A 12-Year-Old Girl**

14.   Believing Gina to be a 12 year old girl, between September 27, 2011, and March 26, 2012, PAMOLERAS engaged in numerous communications with Gina, including over 50 email messages, over 100 text messages, and over 5 telephone conversations.   On March 26, 2012, I reviewed the communications between PAMOLERAS and "Gina," who was in fact Detective Lynn Havelka.   During these communications, PAMOLERAS spoke to Gina about sex in graphic, explicit terms, describing the things he

6

wished to do with her.  He asked her to "protect him" by not *RZ*
keeping their "relationship" secret.  Finally, he arranged to
meet Gina in person, in order to have sex with her.  The
following are excerpts of a few of those communications.

15.  On or about September 28, 2011, PAMOLERAS, using the
email address laxusmc@gmail.com sent the following email to Gina
at email address girlgina13@yahoo.com[4]:

> "Hi Gina. Thank you for letting me know about ("BB")!!!
> Please let her know that I will always be here for her
> and I'm still waiting for my pictures. So how are
> you?!? Email me Gina when you have time and tell me
> about yourself. Here's my cell phone if ("BB") needs to
> contact/text me and you can call/text me too if you
> want. 424-206-3682. Okay got to go back to work. Gina
> please send me pictures please and I will send next
> time but ("BB") has some pix of me too.  Take care.
> Your friend, Sam."

16.  On or about October 2, 2011, PAMOLERAS sent an email to
Gina which stated the following:

> "Good morning Gina!!! So how are you. Well anyways I
> just wanted to say thank you again. I will tell you in
> bits & pieces about me. I work in Los Angeles and live
> in San Diego. I am a retired U.S. Marine Corps officer
> and I work for the U.s. Govt as a Federal Law
> Enforcement Officer. I attached pix with actress Kelly
> Hu in Iraq 2006 and my recent pix with my car. So hope
> you have a nice day!!! Your friend Sam"

17.  On or about October 7, 2011, Gina sent the following
email to PAMOLERAS:

> "how r u? i am in the 6th grade n 12 years old. i play
> volleyball n softball. i like to go out to the movies wit my
> friends n hang out. thanks for the pics i will look for one
> to send u too!! hav a great weekend!!!!"

---

[4]  This is the only email addressed used by PAMOLERAS to
communicate with Gina.

18.   On or about October 11, 2011, Gina sent an email to PAMOLERAS.   The email included the following:

> "Hi Sam!! Great to hear from u! u must be really busy at work lol. Well here is a pic of me!!! i hav to go over my aunts house tonight talk to u soon!!!"

Gina included a photograph of herself with this email.  As "Gina" is a fictional persona created by law enforcement, the photograph depicted a Pennsylvania law enforcement officer, taken at approximately age 13.  The photograph depicts a young girl with long dark hair, wearing a blue top and flower-print skirt.

19.   On or about October 19, 2011, PAMOLERAS sent the following email to Gina:

> "Promise to me Gina honey, that you will protect me and keep our relationship only between us, you and me please!!! Call me soon baby!!!  Mwaaaaahhh!!!Love  you always, Best friends for life!!!Sam."

Based on my training and experience, and the context of this message, I believe that when PAMOLERAS used the letters "Mwaaaaahhh!!!" he intended it to convey the smacking sound of a kiss.   PAMOLERAS ended a number of his communications with Gina in this manner.  Furthermore, PAMOLERAS' request to be "protected" indicates his understanding that Gina was a minor.

20.   On or about October 28, 2011, PAMOLERAS sent an email to Gina which contained the following:

> "so here are some other pictures for you honey.  Me & actress/model Kelly Hu taken in Iraq 2006; me in a Marine helocopter on a combat flight support mission over Iraq 2004; me in my Marine Officer's Evening Dress @ a Marine Corps Ball in San Diego 2008."

21.   In addition, PAMOLERAS' October 28, 2011 email included

the following photographs:

> a.   A photograph depicting a male wearing a camouflage uniform with the partial name of "oleras" on the right breast of the uniform top and "U.S. Marines" on the left breast.  Also in the picture was a white female wearing a camouflage top with her arm around the male in the picture.

> b.   A photograph depicting the same man, wearing a camouflage uniform and a helmet with goggles.   The photo appears to be have been taken inside some type of vehicle or aircraft.

> c.   A photograph depicting the same man, wearing a dress military uniform.

Based on a comparison with his California DMV photograph, I believe these photographs depict PAMOLERAS.

C.   **PAMOLERAS' Communications With "Gina" Soon Included Graphic Descriptions of the Sex Acts PAMOLERAS Wanted to Engage In With Her, and PAMOLERAS' Desire to Meet "Gina" in Person for Sex**

22.   Within approximately a month of meeting "Gina," PAMOLERAS began explicitly discussing his desire to engage in sexual activity with her.   For instance, on or about November 3, 2011, PAMOLERAS sent an email to Gina, in which he described his desire to engage in sexual conduct with Gina.   PAMOLERAS' email included the following excerpts:

> a.   "I want to teach you sooo many things & have you see the world thru my eyes!!!... Touching, kissing, inserting my fingers inside you & licking your private & secret spots with my tongue & they call this a vigina or pussy and making you very wet until you orgasim or tingle!!!"

> b.   "And i would have you touch my private spot & this is my penis or dick amd making it grow hard as well as my balls, i would teach you how to hold it, kiss it with your lips, lick it with your tongue & learn how to play with my stiff hard dick inside your mouth as i

also orgasim or cumming inside your mouth!!!"

   c.   "After that baby, i will make my dick hard again &
place my hard dick inside your little pussy and making
dick go in & out of your sweet little pussy gently &
slowly and this is called fucking or making love
honey..."

23.  On or about November 5, 2011, Detective Havelka,
continuing to pose undercover as 12-year-old Gina, used an
undercover cell phone to send a text message to PAMOLERAS at
telephone number (424) 206-3682.[5]  The text stated the following:

   "Hi sam!!! Got ur messages!! It is gonna be cold
tonight I will dream of u n u holdin me night night!!"

24.  Approximately four minutes later, PAMOLERAS sent a
reply text message back to Gina, which stated, "Nite2!!!
Mwaaaaaaahhh!!!!!"

25.  On or about November 5, 2011, PAMOLERAS sent a text
message to Gina, discussing bringing her to California:

   "Gina!!! I will always treat you like a princess
baby!!! Someday I will bring yoi to California!!! Kiss
me & always tell me how much you love me too!!! Have a
goodnite & dream of only me hold you Gina!!!"

26.  On or about November 8, 2011, PAMOLERAS sent a text
message to Gina which stated:

   "Good morning Gina!!! Have a nice day i school honey! I
miss you & love you soooo much!! Mwaaaahh!!!

27.  On or about November 10, 2011, PAMOLERAS sent a text
message to Gina telling her she could call him anytime, stating

   "Gina!! Honey u can always call me anytime after 7pm ur
time (5pm with me) even if its very very late and

---

   [5]  This is the only telephone number used by PAMOLERAS to
communicate with Gina.

before 8am ur time (6am with me)."

28.  On or about November 10, 2011, PAMOLERAS sent a text message to Gina and discussed keeping her email and cell phone passwords protected, stating:

> "Gina!! Always protect me baby! Ur email & cell phone baby!! U must never show my messages to anyone babygirl & u must never give ur password to anyone!! Not ever to family or friends!! U need to make ur password so very hard & difficult for anyone to guess okay baby?"

Again, based on my training and experience, I believe that PAMOLERAS' instructions to Gina about how to protect him by keeping their relationship secret indicate his belief that he was speaking with a minor.

29.  On or about November 15, 2011, PAMOLERAS sent a text message to Gina and discussed having sex, stating:

> "Ohhh Gina!!! Tell me baby that u want to kiss u, hold u, touch u everywhere, make love to u baby!!! Tell u want me to kiss & lick ur little pussy baby. Tell me u want to hold my penis in ur hands, kissing it, licking it & sucking it to make grow bigger!! Then place it inside ur sweet little pussy Gina!!! U do want me to teach u right babygirl?!? I love you honey!!! Mwaaaahhh!!!"

30.  On or about November 16, 2011, PAMOLERAS sent a text message to Gina and discussed having sex, stating:

> "All i want to do is make love to you honey!! I want to hold ur body & kiss u everywhere!! I want to spread ur legs & touch ur little pussy & insert my fingers inside you!!."  PAMOLERAS also stated, "I want to taste ur little pussy & stick my tongue all the way inside you until u tingle with pleasure!! I want to fuck ur pussy with my hard throbbing penis!!"

31.  On or about December 13, 2011, Detective Havelka, posing as Gina, telephoned PAMOLERAS.  Detective Havelka used a

voice modification machine so that she sounded like a young girl.
This telephone conversation included the following:

  a. Gina told PAMOLERAS that she turned 13 years old on
December 3, and was now a teenager.

  b. PAMOLERAS informed Gina that he had sent her a
calling card to use when calling him.

  c. PAMOLERAS told Gina that he loved her and that he
wanted to teach her how to make love.  He described
love as putting his penis inside her vagina.

 32. On or about February 6, 2012, Detective Havelka, posing
as Gina, telephoned PAMOLERAS.  Again, Detective Havelka used a
voice modification device so that her voice sounded like a young
girl.  This telephone conversation included the following:

  a. PAMOLERAS explained to Gina that he wanted to
perform various sex acts with her.

  b. PAMOLERAS stated he wanted Gina to play with his
penis, stating "I want you to play with my dick and
pull it out of my pants" and "I want you to rub my
dick."

  c. PAMOLERAS also told Gina he wanted to perform oral
sex on her, stating "I want to lay you down on the
bed, spread your legs, and I'm going to suck on your
nipples, and I'm going to move down to your little
pussy and kiss your little pussy, okay Gina?"

 33. On or about February 12, 2012, Detective Havelka,
posing as Gina and utilizing a voice modification machine, made
a telephone call to PAMOLERAS.  This telephone conversation
included the following:

  a. PAMOLERAS informed Gina that he drove a dark green
BMW.

  b. PAMOLERAS discussed his desire to kiss Gina's
vagina, stating "want to kiss your little pussy."

  c. PAMOLERAS informed Gina that he wanted to have

sexual intercourse with her, stating "let me put my dick inside your 13 year old pussy."

D.  Identification of SAMUEL PAMOLERAS

34.  For each email, text message, or telephone call between PAMOLERAS and Gina described above, PAMOLERAS used the email address laxusmc@gmail.com or the number "424-206-3682." "Gmail" is a free email service provided by Google.  When users sign up for gmail email accounts, they provide subscriber information, such as their name and telephone number.  Google does not verify the accuracy of this information, so users sometimes provide incomplete or inaccurate information.  According to Google, Inc., from May 11, 2010 to December 12, 2011, the name of the subscriber for the email address "laxusmc@gmail.com" was "S P" – these are the initials of SAMUEL PAMOLERAS.  "S P" also provided Google with an SMS number for text messages:  "424-206-3682," the telephone number used to text and telephone Gina.

35.  According to MetroPCS, the subscriber of telephone number "424-206-3682" is SAMUEL PAMOLERAS.

36.  On or about March 23, 2012, I reviewed a California Department of Motor Vehicles ("DMV") report for SAMUEL PAMOLERAS, year of birth 1970.  The DMV photograph on file for PAMOLERAS appears to depict the same individual in the photographs sent to Gina on October 28, 2011.

37.  As set forth above, PAMOLERAS told Gina that he worked as a law enforcement officer at the Los Angeles International Airport.  According to Department of Homeland Security Office of

the Inspector General, SAMUEL PAMOLERAS works as a Border

Protection Inspector at LAX.  Furthermore, I learned from DHS

OIG that in February 2011, they investigated PAMOLERAS for

viewing child pornography on his work computer.  According to

DHS OIG, sexually explicit images of children were found on this

computer, in temporary Internet files.  I have not viewed these

images and do not know if they rise to the level of child

pornography, under federal law.

**E.   PAMOLERAS Tried to Meet Gina in Person for Sex on March 27,**
**2012**

38.  On or about March 13, 2012, Gina sent a text message to

PAMOLERAS, informing him that her girlfriend was going to be

traveling to California and that she was going to ask her mother

if she could go as well.  The email included the following:

> "Sammmmm hi!!!!my gf is goin to calforna wit her
> parents n she is askin if i can go 2 to keep her
> company!!dont no if my mom will let me."

39.  On or about March 25, 2012, PAMOLERAS and Gina

exchanged text messages about her travel to California.  After

Gina sent text messages telling PAMOLERAS that she was excited

and couldn't wait to see him, PAMOLERAS stated, "k baby!!!!omg

my dreams r comin true!!!!!." PAMOLERAS also described for Gina

the sex acts he wanted to engage in with her, when they met in

person:

> "I think im more excited than you honey!!" and "…i
> will teach u how to kiss with our tongues inside each
> others mouth…teach u how to play with my dick inside
> ur mouth….i will open ur legs & play with ur little
> pussy with my mouth…i will touch & mevery part of ur
> naked body & show you how to make love with my hard

14

dick inside ur little pussy?!?"

40.  On or about March 26, 2012, PAMOLERAS and Gina
exchanged text messages about meeting the following day.  After
Gina sent text messages telling PAMOLERAS that she and her
friend and her friend's mother would be staying at a hotel in
Glendale, Califonria, PAMOLERAS stated, "Okay honey!! Give me
the name & number & street address & city name okay baby...im
working until about 6pm or 7pm tomorrow honey..." and "u will
have to meet me outside near the hotel okay."

41.  On or about March 27, 2012, PAMOLERAS and Gina
exchanged text messages about meeting later that night outside
Gina's hotel.  At approximately 10:15pm PDT, FBI agents
conducting surveillance near the Vagabond Inn on Colorado
Boulevard in Glendale, California, observed PAMOLERAS, driving a
dark colored BMW vehicle with PAMOLERAS' California license
plate number, park on the street just south of the hotel.  After
parking, PAMOLERAS set a cover over the front windshield.
Because the other windows of the car were tinted, this
windshield cover made the inside of the car entirely private.
Note that we subsequently learned that PAMOLERAS was living in
his car.

42.  At approximately 10:22pm PDT, PAMOLERAS texted Gina and
stated, "Go out now im here baby!!! Go across the street to ur
left in front of the white car."  PAMOLERAS then stepped out of
his car.  At approximately 10:25pm PDT, FBI agents approached
PAMOLERAS as he was standing next to his vehicle, identified

15

themselves, and placed him under arrest.

F.   **PAMOLERAS Confessed**

43.   After PAMOLERAS' arrest, PAMOLERAS' waived his Miranda rights and agreed to be interviewed.   He told me that he had arrived to meet 13-year-old Gina for sex.   Specifically, PAMOLERAS' told me following:

a.   PAMOLERAS confirmed that his email address was laxusmc@gmail.com.  He admitted he had exchanged emails, text messages, and telephone calls with Gina since approximately November, 2011, and acknowledged that he believed that Gina was 13 years old.

b.   PAMOLERAS admitted that in his emails, text messages, and telephone calls with Gina, he had discussed meeting her to engage in oral sex and intercourse.

c.   PAMOLERAS admitted that the location where he was arrested was the location where he was supposed to meet Gina.

d.   PAMOLERAS admitted that he went to this location with the intention of meeting the person he believed to be 13-year-old Gina, and to engage in sexual conduct with her.

e.   PAMOLERAS acknowledged that he knew that it was illegal to have sex with a minor.

f.   PAMOLERAS told us that he lived in his car.   He told us that a friend had recently tried to set him up with an apartment, but that PAMOLERAS had not yet paid for the apartment so had only stayed there a couple of times.

44.   At the conclusion of the interview, PAMOLERAS provided

law enforcement officers with written consent to search his vehicle, which he had driven to the meet location. The consent authorized agents to seize any items which were determined to be related to this investigation. PAMOLERAS also provided written consent to search a Samsung 4G MetroPCS mobile device which was located in his vehicle. During the consensual search of the Samsung mobile device, I confirmed that its phone number was 424-206-3682, the same number used by PAMOLERAS to send and receive messages and telephone calls with Gina.

45. When arrested, PAMOLERAS had a California driver's license in his possession. That license contained the same name and date of birth as contained in the above-referenced California DMV report.

//

## VI.   CONCLUSION

46.   Based on the facts set forth herein, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that SAMUEL PAMOLERAS has violated Title 18, United States Code, Section 2422(b): Attempted Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity for Which a Person Could be Charged with a Criminal Offense.

_____
MARC J. BOTELLO
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 2 6 th day of March 2012.

/s/ RALPH ZAREFSKY
_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

18