

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Samuel Pamoberas, Jr. DEFENDANT(S). | CASE NUMBER 12-754 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Friday__, __3/30/12__, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __341 (Royba)__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/28/12__

__/s/ Ralph Zarefsky__
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                   Page 1 of 1